UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
White,

                Plaintiff(s),

      -against –

Bloomin' Brands, Inc.,

                Defendant(s).
------------------------------------------------------------X

**O R D E R**

7:24-CV-02942 (CS)

<u>Seibel, J.</u>

      It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, Plaintiff may apply by letter within the thirty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

      **SO ORDERED**.

Dated: March 19, 2025

      White Plains, New York

                                                            _____

                                                             CATHY SEIBEL, U.S.D.J.